UNITED STATES DISTRICT COURT, DISTRICT OF RI

FILED
2018 MAR 19 A 11:55
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: U.S. DISTRICT MAGISTRATE LINCOLN ALMOND.      MARCH 3RD, 2018

DEAR MAGISTRATE ALMOND,      RE: TIME RESPONSE INQUIRY?

MY NAME IS ANDREW SMITH. I HAVE SUBMITTED TO THE COURT FOR (PCR) POST CONVICTION RELIEF FROM AN ILLEGAL SENTENCE IMPOSED UPON MY PERSON FROM THE RI SUPERIOR COURT. (CASE # RI P2-2015-0553A) CASE # IN THE U.S. DISTRICT COURT.

THE PURPOSE OF MY LETTER IS A "TIME INQUIRY?" I HAVE BEEN DEPRIVED OF "DUE PROCESS OF LAW" IN WHICH (A) NO PERSON OR ACTUAL LIVING VICTIM (REAL PERSON) HAD FILED A COMPLAINT WITH LAW ENFORCEMENT, (B) NO SEARCH OR ARREST WARRANT HAD BEEN LEGALLY ISSUED, YET I WAS BROUGHT TO TRIAL BY THE STATE OF RI IN VIOLATION OF BOTH THE 5TH AND 14TH AMENDMENT. NO "DUE PROCESS OF LAW" WAS AFFORDED THIS COMPLAINTANT/DEFENDANT. MY WARRANTS WERE ISSUED BY RI TRAFFIC TRIBUNAL MAGISTRATE ALAN R. GOULART. (PLEASE SEE U.S. DISTRICT COURT, RI CA18-020) ANDREW SMITH VS. ALAN R. GOULART.

I AM CURRENTLY INCARCERATED AT THE ACI AND AWAITING A HABEAS CORPUS DECISION FROM YOUR COURT. THE WAIT IS PAINFUL AND AGONIZING, BEING INCARCERATED. RELIEF REQUESTED: AT THIS TIME, ALL I SEEK IS A RESPONSE FROM THE COURT AS TO WHEN THE COURT WILL HAVE A YES OR NO DEFINITIVE ANSWER TO MY POST CONVICTION RELIEF REQUESTED. QUESTION OF TIME? APPROXIMATELY DOES THE COURT ANSWER WITHIN WEEKS?, ANSWER WITHIN 1 OR 2 MONTHS?, 6-MONTHS?, 1-YEAR OR MORE? PLEASE GIVE ME A "ROUGH TIME FRAME" SO I CAN KEEP FAITH AND HAVE SOMETHING TO LOOK FOWARD TO. PLEASE RESPOND ASAP.     THANK YOU FOR UNDERSTANDING! RESPECTFULLY,
THANK YOU!

Andrew J Smith
ANDREW J. SMITH